```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 19-15379-amc
Maria A. Torres Fontan                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Stacey                Page 1 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: pdf900             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Maria A. Torres Fontan,    1030 Chestnut Street,    Reading, PA 19602-1952
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14420496       +City of Reading,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14380526       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
14403482       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
14403223       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
14420495       +Reading School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
14380530       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14380521       +E-mail/Text: bkrpt@retrievalmasters.com Nov 15 2019 03:38:25
                 American Medial Collection Agency,    4 Westchester Plaze,    Suite 110,
                 Elmsford, NY 10523-1615
14380522       +E-mail/Text: collections@bellcocu.org Nov 15 2019 03:38:52       Bellco Fcu,    609 Spring St,
                 Wyomissing, PA 19610-1701
14390561       +E-mail/Text: collections@bellcocu.org Nov 15 2019 03:38:52       Bellco Federal Credit Union,
                 609 Spring Street,    Wyomissing, PA 19610-1701
14380523       +E-mail/Text: convergent@ebn.phinsolutions.com Nov 15 2019 03:38:33       Convergent Outsourcing,
                 800 Sw 39th St,    Renton, WA 98057-4927
14380524       +E-mail/Text: bknotice@ercbpo.com Nov 15 2019 03:38:28       Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14380527       +E-mail/Text: Bankruptcies@nragroup.com Nov 15 2019 03:38:57       National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14380529       +E-mail/Text: blegal@phfa.org Nov 15 2019 03:38:27       Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14419638       +E-mail/Text: blegal@phfa.org Nov 15 2019 03:38:27       Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14380531        E-mail/Text: bkrcy@ugi.com Nov 15 2019 03:38:54       UGI,    2525 N. 12th Street,
                 Reading, PA 19601
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14380525*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14380528*      +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Stacey             Page 2 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Maria A. Torres Fontan tobykmendelsohn@comcast.net
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| MARIA A. TORRES FONTAN | Bankruptcy No. 19-15379-AMC |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 14, 2019**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE